FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2013 JAN -3 PM 12: 45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 8:13- CR -*003-7-33 EAJ*

18 U.S.C. § 1425

GEORGES JEAN-PHILIPPE a/k/a
BENEDIQUE JEAN-PHILIPPE

18 U.S.C. § 1015

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about April, 2002 continuing through in or about August, 2008, in the Middle District of Florida and elsewhere,

GEORGES BENEDIQUE JEAN PHILIPPE,
a/k/a
BENEDIQUE JEAN PHILIPPE,

the defendant herein, knowingly procured and attempted to procure, contrary to law, the naturalization of Benedique Jean-Philippe, in that he mis-represented his identity and past history and made false statements as to his eligibility for naturalization.

In violation of Title 18, United States Code, Section 1425(a).

## COUNT TWO

On or about July 30, 2008, in the Middle District of Florida and elsewhere,

**GEORGES BENEDIQUE JEAN PHILIPPE,**
a/k/a
**BENEDIQUE JEAN PHILIPPE,**

the defendant herein, did knowingly make false statements under oath in a case, proceeding, and matter relating to the naturalization and citizenship of an alien, to wit: the case, proceeding, and matter relating to the naturalization of Benedique Jean Philippe, in that the defendant GEORGES BENEDIQUE JEAN PHILIPPE a/k/a BENEDIQUE JEAN PHILIPPE mis-represented his identity and past history, and made false statements as to his use of another name and identity, his truthfulness with respect to his statements about his prior history and contacts with immigration officials regarding removal, exclusion, and deportation from the United States and his prior efforts to seek relief from an order of removal from the United States, and his eligibility for naturalization based upon those prior false statements, when in truth and in fact, as the defendant well knew, those statements were false.

2

All in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney

By: _____
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## GEORGES JEAN PHILLIPE a/k/a BENEDIQUE JEAN PHILLIPE

## INDICTMENT

Violations:

18 U.S.C 1425(c)
18 U.S.C. 1015(a)

A true bill,

_____
Foreperson

Filed in open court this 3rd day

of January, 2013.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Criminal Cases\P\PHILIPPE, Benedique Jean_2012R01252_JLH\f_indictment_back.wpd